IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALLAN L. WILLIAMSON,

    Plaintiff,

vs.                        CASE NO. 5:05cv232/RS

HAROLD PARKER, A.R.N.P., et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 25). Plaintiff has not filed objections or other response.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed without prejudice for Plaintiff's failure to comply with an Order of this court.

3. The clerk is directed to close the file.

ORDERED on December 6, 2006.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**